# United States District Court

DISTRICT OF MASSACHUSETTS

PHILLIP MAROTTA
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MI_JACK PRODUCTS, INC.,
FANTUZZI REGGIANE, FANTUZZI USA, INC.
AND MASSACHUSETTS PORT AUTHORITY
    Defendants

**05 - 10823 RWZ**

TO: (Name and address of defendant)

Agent or Authorized Representative of:
Mi-Jack Products, Inc.
3111 W. 167th
Hazel Crest, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, Massachusetts 02145

MICHAEL F. SHEAHAN
SHERIFF OF COOK COUNTY
MUNICIPAL DIVISION

```
000141-1.3.1 05/04/05 13:11
REF CASE    # 05  010823
  1 FOREIGN WRIT          23.00
  1 MILEAGE                9.60
REF SHERIFF # 512907
CASE TOTAL                32.60 *
       TOTAL              32.60 TL
CHECK I                   32.60
CASHIER: MARYANN
```

an answer to the complaint which is herewith served upon you, within ___
service of this summons upon you, exclusive of the day of service. If you fail to
against you for the relief demanded in the complaint. You must also file your a
reasonable period of time after service.



SARAH A. THORNTON

CLERK

(BY) DEPUTY

4-25-05

DATE

```
TYPE LAW           SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS      DISTRICT 169


SHERIFF'S NUMBER 512907-001D  CASE NUMBER 0510823RWZ   DEPUTY: MWydra 2728

FILED DT 04-25-2005 RECEIVED DT 05-04-2005 DIE DT 05-18-2005 MULTIPLE SERVICE   1
    DEFENDANT                                  ATTORNEY
MI-JACK PRODUCTS, INC.                         JOHN P. GRAND & ASSO., P.C.
3111 W 167TH                                   375 BROADWAY, STE. 2
HAZELCREST IL. 00000                           SOMERVILLE MA. 02145
                                                                      FOREIG[N]
PLAINTIFF PHILIP MAROTTA

SERVICE INFORMATION: ████████████████   JMS

*****************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
✓...3 SERVICE ON:  (CORPORATION)  COMPANY____ BUSINESS____ PARTNERSHIP____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED (AGENT), AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____
(B)  MICHAEL F. SHEAHAN, SHERIFF, BY:  MWydra 2728    , DEPUTY

     1  SEX F M/F    RACE W    AGE 40
     2  NAME OF DEFENDANT MI-JACK PRODUCTS, INC.     CINDY, BUHCE Agt
         ___ WRIT SERVED ON _____

     THIS 12 DAY OF MAY , 2005 TIME 945 (A.)M.P.M.

ADDITIONAL REMARKS  _____

*****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  FACTORY                         ATTEMPTED SERVICES

NEIGHBORS NAME _____        DATE        TIME   A.M./P.M.

     ADDRESS  _____         _____    ___:___

          REASON NOT SERVED:           _____    ___:___
                    ___07 EMPLOYER REFUSAL
  ___01 MOVED       ___08 RETURNED BY ATTY       _____    ___:___
  ___02 NO CONTACT  ___09 DECEASED
  ___03 EMPTY LOT   ___10 BLDG DEMOLISHED        _____    ___:___
  ___04 NOT LISTED  ___11 NO REGISTERED AGT.
  ___05 WRONG ADDRESS ___12 OTHER REASONS        _____    ___:___
  ___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                                 _____    ___:___

FEE    .00    MILEAGE    .00    TOTAL   .00                    SG17
```