UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP MAROTTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-10823RWZ |
| ) | |
| MI-JACK PRODUCTS, INC., FANTUZZI ) | |
| REGGIANE, FANTUZZI USA, INC. and ) | |
| MASSACHUSETTS PORT AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James P. Donohue, Jr. of Sloane and Walsh, LLP on behalf of the defendant, Mi-Jack Products, Inc.

                                    For the Defendant,
                                    MI-JACK PRODUCTS, INC.
                                    By its attorney,

                                    _____
                                    James P. Donohue, Jr., BBO # 555946
                                    SLOANE AND WALSH, LLP
                                    Three Center Plaza
                                    Boston, MA 02108
                                    617-523-6010

Dated: May 27, 2005

## CERTIFICATE OF SERVICE

    I, James P. Donohue, Jr., counsel for the defendant, Mi-Jack Products, Inc., do hereby certify that on this 27th day of May, 2005, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA 02145

_____
JAMES P. DONOHUE, JR.