UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP MAROTTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MI-JACK PRODUCTS, INC., FANTUZZI )<br>REGGIANE, FANTUZZI USA, INC. and )<br>MASSACHUSETTS PORT AUTHORITY, )<br>)<br>Defendants. ) | C.A. No.: 05-10823RWZ |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3(A), the defendant, MI-Jack Products, Inc.'s parent corporation is Lanco International, Inc. No other publicly held company owns 10% or more of the defendant's stock.

For the Defendant,
MI-JACK PRODUCTS, INC.
By its attorney,

_____
James P. Donohue, Jr. BBO # 555946
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

Dated: May 27, 2005

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, Mi-Jack Products, Inc., do hereby certify that on this 27th day of May, 2005, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA  02145

_____
JAMES P. DONOHUE, JR.