AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

PHILLIP MAROTTA
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

MI_JACK PRODUCTS, INC.,
FANTUZZI REGGIANE, FANTUZZI USA, INC.
AND MASSACHUSETTS PORT AUTHORITY
    Defendants

CASE NUMBER:

**05 - 10823 RWZ**

TO: (Name and address of defendant)

Agent or Authorized Representative of:
Fantuzzi USA, Inc.
999 Oakmont Plaza Drive, Suite 380
Westmont, IL  60559

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    John P. LeGrand, Esquire
    JOHN P. LEGRAND & ASSOCIATES, PC
    375 Broadway, Suite 2
    Somerville, Massachusetts 02145

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

4-25-05

DATE

(BY) DEPUTY

```
TYPE CIV                  SHERIFF'S OFFICE OF DUPAGE COUNTY, ILLINOIS           DEPUTY 381

DOCKET #: S2005-119-133446       CASE #: 05-10823RWZ-001      ORIGIN NUMBER: 999
DATE FILED 04/25/05  DATE RECEIVED 04/29/05   SUSPENDS 06/24/05   # OF WORKSHEETS: 001
DEFENDANT FANTUZZI USA, INC C/O AGT OR AUTHORIZED REP

           HOME ADDRESS                       WORK ADDRESS
                                         999 OAKMONT PLAZA DR
                                         SUITE 380                       OPERATOR ID
                                         WESTMONT, IL 60559                 LLD


PLAINTIFF MAROTTA, PHILLIP
  SERVICE    OUT OF STATE/STATE OF MASSACHUSETTS/UNKNOWN COUNTY
  INFO       UNITED STATES DISTRICT COURT/SUMMON/COMPLAINT
```

***

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

___ 1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

___ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT THE ABOVE ADDRESS. DATE_____ INITIALS_____

_X_ 3 SERVICE ON: CORPORATION ✓  COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE REGISTERED AGENT, AUTHORIZED PERSON, OR PARTNER OF THE DEFENDANT.

(B) JOHN E. ZARUBA, SHERIFF, BY: _____ Berst 38 _____, DEPUTY

1 SEX M  RACE W  AGE 28  HT 6'0"  WT 175
2 WRIT SERVED ON Ryan Scheuer   RELATION AGT/MGR
THIS 26 DAY OF MAY, 05  TIME 2:14 AM/PM

ADDITIONAL
COMMENTS _____

***

ATTEMPTED SERVICES:   DATE   TIME   AM/PM   DEPUTY#

THE NAMED DEFENDANT WAS NOT SERVED.
    REASON NOT SERVED:

___ 01 MOVED              ___ 06 NO SUCH ADDRESS
___ 02 NO CONTACT         ___ 07 EMPLOYER REFUSAL
___ 03 AVOIDING:          ___ 08 RETURNED BY ATTY
        SEE COMMENTS      ___ 09 DECEASED
___ 04 NOT LISTED         ___ 10 NO LONGER EMPLOYED
___ 05 WRONG ADDRESS      ___ 11 OTHER: SEE
                                 COMMENTS ABOVE

"OFFICIAL SEAL"
LINDA L. DMYTRO
Notary Public, State of Illinois
My Commission Expires 6/14/07

AMT RECEIVED   49.00   CK