# United States District Court

──────────── DISTRICT OF ────────────
MASSACHUSETTS

PHILLIP MAROTTA
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 10823RWZ

MI_JACK PRODUCTS, INC.,
FANTUZZI REGGIANE, FANTUZZI USA, INC.
AND MASSACHUSETTS PORT AUTHORITY
    Defendants


TO: (Name and address of defendant)

Secretary/Treasurer
Massachusetts Port Authority
One Harborside Drive, Suite 200S
Boston, Massachusetts


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. LeGrand, Esquire
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway, Suite 2
Somerville, Massachusetts 02145


an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE

JUN - 8 2005

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

_____
Address of Server

---

Suffolk, ss.                                                June 10, 2005

I hereby certify and return that on 6/10/2005 at 9:50AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to N.Snow, agent and person in charge at the time of service for Massachusetts Port Authority, at , One Harborside Drive, Suite 200S East Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Robert Foscaldo   /s/ Deputy Sheriff

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

(1)

650134412