UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP MAROTTA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MI-JACK PRODUCTS, INC., FANTUZZI ) <br> REGGIANE, FANTUZZI USA, INC. and ) <br> MASSACHUSETTS PORT AUTHORITY, ) <br> ) <br> Defendants. ) | C.A. No.: 05-10823RWZ |

**DEFENDANT, MI-JACK PRODUCTS, INC.'S AUTOMATIC DISCLOSURE PURSUANT TO FED. R. CIV. P. 26A AND LOCAL RULE 26.2(A)**

A.  Individuals Likely To Have Discoverable Information:

   1. Phillip Marotta, Cape Neddick, Maine;
   2. Employees of Columbia Coastal Transport, 1 Harborside Drive, Suite 200S, Boston, MA;
   3. Pertinent representatives of Long Shoreman's Union Local ILA 1413, 173 Acushnet Avenue, New Bedford, MA;
   4. Pertinent representatives of Fantuzzi Reggiane and Fantuzzi USA, Inc.;
   5. Pertinent representatives of Mi-Jack Products, Inc., Hazel Crest, IL;
   6. Pertinent Medical Care Providers;
   7. Pertinent Worker's Compensation and employment personnel for the plaintiff;

The Defendant reserves the right to further supplement this list.

B.  Documents in the Defendant, Mi-Jack Products, Inc.'s Custody or Control That May Be Used to Support Claims or Defenses:

   1. Fantuzzi USA, Inc. International Distributor Agreement;
   2. Operator and Maintenance Manual for Product;
   3. Photographs produced by plaintiff's counsel;
   4. Medical records produced by plaintiff's counsel;
   5. Product identification and purchasing information;

The Defendant reserves the right to further supplement this response.

C. <u>Computation of Damages</u>

Not applicable.

D. <u>Insurance Agreement</u>

The Defendant is insured under a policy of insurance with Westchester Fire Insurance Company, Policy No. CG00010798, with a $5 million occurrence limit and $100,000 self-insured retention. A copy of the insurance policy and declaration pages have been produced.

The Defendant reserves the right to supplement these disclosures.

                Respectfully submitted,
                The Defendant,
                MI-JACK PRODUCTS, INC.
                By its attorney,

                _____
                James P. Donohue, Jr., BBO # 555946
                SLOANE AND WALSH, LLP
                Three Center Plaza
                Boston, MA 02108
                617-523-6010

Date: July 12, 2005

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, Mi-Jack Products, Inc., do hereby certify that on this 12th day of July, 2005, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand, Esq.
JOHN P. LEGRAND & ASSOCIATES, PC
375 Broadway
Suite 2
Somerville, MA  02145

Mark B. Lavoie, Esq.
McDonough, Hacking & Lavoie, LLP
6 Beacon Street
Suite 815
Boston, MA  02108

_____
JAMES P. DONOHUE, JR.