UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10823RWZ

|  |  |
|---|---|
| PHILLIP MAROTTA, | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MI-JACK PRODUCTS, INC, FANTUZZI REGGIANE, | ) |
| FANTUZZI USA, INC. AND MASSACHUSETTS | ) |
| PORT AUTHORITY | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Fantuzzi USA, Inc., with

respect to the above-captioned matter.

Respectfully submitted,

The Defendant,
Fantuzzi USA, Inc.,
By their attorneys,

/s/ Mark B. Lavoie
Mark B. Lavoie, BBO #553204
Christopher W. Costello, BBO# 645936
Kate M. Merschman, BBO# 652528
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

I, Mark B. Lavoie, Esq., hereby certify that on July 20, 2005, I served a copy of the foregoing Notice of Appearance, by mailing, postage prepaid, to the following:  John P. LeGrand, Esq., John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA 02145 and James P. Donohue, Jr., Sloane & Walsh, 3 Center Plaza, Boston, MA 02108.

/s/ Mark B. Lavoie
Mark B. Lavoie, Esq.