UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP MAROTTA,           )<br>                            )<br>      Plaintiff,           )<br>                            )<br>v.                          )<br>                            )<br>MI-JACK PRODUCTS, INC.,     )<br>FANTUZZI REGGIANE,          )<br>FANTUZZI USA, INC. and      )<br>MASSACHUSETTS PORT AUTHORITY,)<br>                            )<br>      Defendants.           ) | C.A. No.: 05-10823RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of James P. Donohue, Jr. of Sloane and Walsh, LLP, as counsel for the defendant, Mi-Jack Products, Inc.

Respectfully submitted,

_____
James P. Donohue, Jr., BBO # 55594
SLOANE AND WALSH, LLP
Three Center Plaza
Boston, MA 02108
617-523-6010

Date: October 4, 2005

## CERTIFICATE OF SERVICE

I, James P. Donohue, Jr., counsel for the defendant, do hereby certify that on the 4th day of October, 2005, I caused the within document(s) to be served on all parties of interest by mailing a copy of same, postage prepaid, first class mail to the following:

John P. LeGrand, Esq.
JOHN P. LEGRAND & ASSOCIATES, P.C.
375 Broadway
Suite 2
Somerville, MA  02145

Mark B. Lavoie, Esq.
McDonough, Hacking & Lavoie, LLP
6 Beacon Street
Suite 815
Boston, MA  02108

Christopher A. Kenney, Esq.
Sherin and Lodgen, LLP
101 Federal Street
Boston, MA  02110

_____
James P. Donohue, Jr.