UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10823RWZ

PHILLIP MAROTTA,

        Plaintiff,

v.

MI-JACK PRODUCTS, INC, FANTUZZI REGGIANE,
FANTUZZI USA, INC. AND MASSACHUSETTS
PORT AUTHORITY

        Defendants.

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Mi-Jack Products, Inc., with respect to the above-captioned matter.

Respectfully submitted,

The Defendant,
Fantuzzi USA, Inc.,
By their attorneys,

_____
Mark B. Lavoie, BBO #553204
Christopher W. Costello, BBO# 645936
Kate M. Merschman, BBO# 652528
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

    I, Mark B. Lavoie, Esq., hereby certify that on October 12th, 2005, I served a copy of the foregoing Notice of Appearance, by mailing, postage prepaid, to the following: John P. LeGrand, Esq., John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA 02145, James P. Donohue, Jr., Sloane & Walsh, 3 Center Plaza, Boston, MA 02108 and Anthony L. DeProspo, Jr., Esq., Sherin & Lodgen LLP, 101 Federal Street, Boston, MA 02110-2104.

                                                                                Mark B. Lavoie, Esq.