UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10823RWZ

PHILLIP MAROTTA, )
)
Plaintiff, )
)
v. )
)
MI-JACK PRODUCTS, INC, FANTUZZI REGGIANE, )
FANTUZZI USA, INC. AND MASSACHUSETTS )
PORT AUTHORITY )
)
Defendants. )

## WITHDRAWAL OF APPEARANCE

Kindly enter my Withdrawal of Appearance on behalf of the Defendants, Fantuzzi USA, Inc. and Mi-Jack Products, Inc., in the above-captioned matter. Mark B. Lavoie, Esq. will continue as counsel for the Defendants.

Respectfully submitted,

The Defendants,
Fantuzzi USA, Inc. and Mi-Jack Products, Inc.,
By their attorney,

_____
Kate M. Merschman, BBO# 652528
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## **CERTIFICATE OF SERVICE**

I, Kate M. Merschman, Esq., hereby certify that on November 21, 2005, I served a copy of the foregoing Notice of Appearance, by mailing, postage prepaid, to the following: John P. LeGrand, Esq., John P. LeGrand & Associates, P.C., 375 Broadway, Suite 2, Somerville, MA 02145, James P. Donohue, Jr., Sloane & Walsh, 3 Center Plaza, Boston, MA 02108 and Anthony L. DeProspo, Jr., Esq., Sherin & Lodgen LLP, 101 Federal Street, Boston, MA 02110-2104.

_____
Kate M. Merschman, Esq.