UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 05-10823RWZ

**PHILLIP MAROTTA,**
    **Plaintiff**

V.

**MI-JACK PRODUCTS, INC. FANTUZZI REGGIANE, FANTUZZI USA, INC. AND MASSACHUSETTS PORT AUTHORITY,**
    **Defendants**

### ASSENTED TO STIPULATION OF DISMISSAL

NOW COME the parties in the above-entitled action and stipulate that the same may be dismissed as to all claims and cross-claims without prejudice and without costs as to all parties.

_____
Attorney for the Plaintiff,
John P. LeGrand, Esquire
JOHN P. LEGRAND &
ASSOCIATES, P.C.
375 Broadway, Suite 2
Somerville, MA 02145

_____
Attorney for the Defendant,
Massachusetts Port Authoirty
Anthony L. DeProspo, Jr., Esquire
SHERIN & LODGEN, LLP
101 Federal Street
Boston, MA 02110

_____
Attorney for the Defendants,
Fantuzzi USA, Inc., Fantuzzi Reggiane
And Mi-Jack Products, Inc.
Mark B. Lavoie, Esquire
Christopher W. Costello, Esquire
MCDONOUGH, HACKING &
LAVOIE, LLC
6 Beacon Street, Suite 815
Boston, MA 02108

Dated: 1/27/05